IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIEN COOK,                          )
                                     )
            an individual,           )   2:09-cv-02297-GEB-EFB
                                     )
         v.                          )   ORDER
                                     )
J&J SNACK FOODS CORP., a New Jersey)
corporation; WHITING'S FOODS        )
CONCESSIONS, INC., a California     )
corporation,                         )
                                     )
            Defendants.              )
———————————————————————————————)

        The parties request in their joint status report filed

November 16, 2009 "referral of this case to the Court's Voluntary

Dispute Resolution Program pursuant to Local Rule 16-271."  This

request is granted.

Dated:  November 30, 2009

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge